UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------- X

**SUMIT SUMIT**,

Petitioner,

- against –

JUDGMENT
26-CV-650 (AMD)

**RAUL MALDONADO**, in his official capacity as Warden, Brooklyn Metropolitan Detention Center; **JUDITH ALMODOVAR**, in her official capacity as Acting New York Field Office Director, U.S. Immigration & Customs Enforcement; **KRISTI NOEM**, in her official capacity as Secretary of Homeland Security; **TODD M. LYONS**, in his official capacity as Acting Director of Immigration & Customs Enforcement; and **PAMELA BONDI**, in her official capacity as Attorney General, U.S. Department of Justice,

Respondents.

---------------------------------------------------------- X

A Memorandum, Decision, and Order of Honorable Ann M. Donnelly, United States District Judge, having been filed on February 10, 2026, granting the petition for a writ of habeas corpus under 28 U.S.C. § 2241, ECF No. 1; it is

ORDERED and ADJUDGED that the petition for a writ of habeas corpus under 28 U.S.C. § 2241, ECF No. 1, is granted; the government is directed to release the petitioner from custody immediately and within 24 hours of this Order; the government is further directed to return to the petitioner any and all funds or property seized from him when he was arrested; the government is directed to certify compliance with the Court's Order by filing a letter on the docket no later than 6:00 p.m. on February 11, 2026l and the petitioner must not be re-detained without notice and an opportunity to be heard at a pre-deprivation bond hearing before a neutral decisionmaker, where the government will have the burden of showing that his detention is authorized under 8 U.S.C. § 1226(a).

Dated: Brooklyn, New York
February 10, 2026

Approved by: s/Ann M. Donnelly
ANN M. DONNELLY
United States District Judge

Dated: Brooklyn, New York
February 10, 2026

Approved by: */s/Brenna B. Mahoney*
BRENNA B. MAHONEY
Clerk of Court